**Dameon SPENCER, Appellant,**

v.

**Floyd WHITE, Individually and in his Official Capacity as Sheriff of Chicot County, Arkansas; Ron Nichols, Individually and in his Official Capacity as Sheriff of Chicot County, Arkansas;**

---

**Mark Cashion, Individually and in his Capacity as Keeper of the Jail for the Arkansas Department of Correction, Appellees.**

No. 10–1417.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 7, 2010.

Filed: Sept. 10, 2010.

Luther Oneal Sutter, Harrill & Sutter, Benton, AR, Byron Dale West, Monticello, AR, for Appellant.

Clyde Burt Newell, Bachelor & Newell, Ralph Charles Ohm, Hot Springs, AR, Colin Jorgensen, Attorney General's Office, Little Rock, AR, for Appellees.

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

PER CURIAM.

Dameon Spencer appeals the district court's [1] adverse grant of summary judgment as to Mark Cashion, and its later adverse judgment as to Floyd White and Ron Nichols following a bench trial, in his 42 U.S.C. § 1983 suit in which he alleged that his federal constitutional rights were violated by his prolonged detention between his arrest and his first appearance before a judge. Having reviewed the record de novo, see *Eckert v. Titan Tire Corp.*, 514 F.3d 801, 804 (8th Cir.2008);

---

1. The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.

*Davis v. Hall,* 375 F.3d 703, 711 (8th Cir. 2004), and considered Spencer's arguments on appeal, we agree with the district court's well reasoned opinion. Accordingly, we affirm the district court's judgment. *See* 8th Cir. R. 47B.

